IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MAJORIE WHITAKER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:22-CV-00056 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| NACOGDOCHES MEMORIAL | § | |
| HOSPITAL CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ON CLOSING DOCUMENTS

The Court has received notice via a Supplemental Mediator's Report [Dkt. 29] that the above-styled cause was mediated on November 7, 2022 and that after continuing discussions and negotiations, the case is settled.

It is therefore **ORDERED** that all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **February 3, 2023**. **If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.** Within sixty (60) days of a dismissal order, any party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**.

**SIGNED this 5th day of January, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge